```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    SOUTHERN DIVISION at PIKEVILLE
```

MARYLEN TRUSTY,                )
                               )
     Plaintiff,                ) Civil Action No. 7:13-cv-094-JMH
                               )
v.                             )
                               )
CAROLYN COLVIN, ACTING         )            **JUDGMENT**
COMMISSIONER OF                )
SOCIAL SECURITY,               )
                               )
     Defendant.                )

                    **   **   **   **   **

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court **HEREBY ORDERS AND ADJUDGES** that:

1. Judgment is hereby entered in favor the Defendant Commissioner;

2. This judgment is final and appealable as no just cause for delay exists; and

4. This matter is **SHALL BE STRICKEN FROM THE ACTIVE DOCKET**.

This August 20, 2014.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge